IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40138
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODNEY EDGE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-56
- - - - - - - - - -
March 28, 1997

Before REAVLEY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Rodney Edge appeals the district court's judgment for the Government on his petition to adjudicate interest in property seized from Erskine William Bone and Cathy Edge Bone in conjunction with the Boneses' convictions on various counts of a 51-count indictment. Despite Edge's contention otherwise, 21 U.S.C. § 853(n) applies to his petition to bar him from asserting any valid interest in the subject property. Edge does not argue on appeal the district court's determinations that he

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

did not have a security interest in the property and that he could not reasonably have been without cause to believe that the property was subject to forfeiture.  The district court's order of January 22, 1996 correctly disposed of Edge's claim.

AFFIRMED.